UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                        DATE: September 23, 2015

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                Docket# 15-CR-498 (SDW)

U.S.A. v. ROBERT KEILMAN

**Appearances**:
Scott McBride, AUSA for Govt
Michael Baldassare, Esq. for Deft
Gina Simms, Esq. for Deft

Nature of Proceeding:  **INITIAL APPEARANCE/PLEA TO INFORMATION/BAIL HEARING**

**BAIL HEARING**
Hearing on bail held;
Ordered unsecured bail set at $100,000.

**PLEA HEARING**
Defendant sworn;
Defendant plead guilty to Count 1 of the Information;
Information filed;
Waiver of Indictment filed;
Rule 11 filed;
Plea agreement filed;
Sentencing set 1/6/16 at 11:30 a.m.

Time Commenced 11:45 a.m.
Time Adjourned 12:05 p.m.

cc: chambers                                  Carmen D. Soto
                                              Deputy Clerk